1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:    (559) 497-4000
   Facsimile:    (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  1:23-CR-00031-JLT-SKO

                    Plaintiff,          STIPULATION REGARDING EXCLUDABLE
12                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
            v.                           ORDER
13
   FRANCISCO CARDENAS TREJO, AND        DATE: June 7, 2023
14 GERARDO ZARAGOZA,                     TIME: 1:00 p.m.
                                         COURT: Hon. Sheila K. Oberto
15                  Defendants.

16

17                               **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendants, by and

19 through defendants' counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on June 7, 2023.

21        2.      By this stipulation, defendants now move to continue the status conference until

22 November 1, 2023, and to exclude time between June 7, 2023, and November 1, 2023, under 18 U.S.C.

23 § 3161(h)(7)(A), B(iv) [Local Code T4].

24        3.      The parties agree and stipulate, and request that the Court find the following:

25        a)      The government has represented that the discovery associated with this case

26 includes reports, photographs, and audio files. All of this discovery has been either produced

27 directly to counsel and/or made available for inspection and copying.

28        b)      Counsel for defendants desire additional time to further review discovery, discuss

   STIPULATION REGARDING EXCLUDABLE TIME              1
   PERIODS UNDER SPEEDY TRIAL ACT

1    potential resolution with his client and the government, and investigate and prepare for trial.

2         c)    Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny him/her the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5         d)    The government does not object to the continuance.

6         e)    Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of June 7, 2023 to November 1, 2023,

11   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

12   because it results from a continuance granted by the Court at defendants' request on the basis of

13   the Court's finding that the ends of justice served by taking such action outweigh the best interest

14   of the public and the defendants in a speedy trial.

15        g)    The parties also agree that this continuance is necessary for several reasons,

16   including but not limited to, the need to permit time for the parties to exchange supplemental

17   discovery, engage in plea negotiations, and for the defense to continue its investigation and

18   preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

19   //

20

21   //

22

23   //

24

25   //

26

27   //

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4          IT IS SO STIPULATED.

5

6  Dated:  June 2, 2023                                    PHILLIP A. TALBERT
                                                          United States Attorney

7

8                                                         /s/ STEPHANIE M. STOKMAN
                                                          STEPHANIE M. STOKMAN
                                                          Assistant United States Attorney
9

10  Dated:  June 2, 2023                                   /s/ ROGER WILSON
                                                          ROGER WILSON
11                                                         Counsel for Defendant
                                                          FRANCISCO CARDENAS
12                                                         TREJO

13

14  Dated:  April 3, 2023                                  /s/ MARK COLEMAN
                                                          MARK COLEMAN
15                                                         Counsel for Defendant
                                                          GERARDO ZARAGOZA
16

17

18                                    **ORDER**

19          IT IS SO ORDERED.

20

21
                                                          _Sheila K. Oberto_
22  DATED:      6/2/2023
                                                          THE HONORABLE SHEILA K. OBERTO
23                                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                     3
PERIODS UNDER SPEEDY TRIAL ACT