(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant, GERARDO ZARAGOZA

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO ZARAGOZA,<br><br>Defendant. | Case No: **1:23-CR-00031-JLT-SKO**<br><br>**STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

It is hereby stipulated and agreed to by the parties hereto that Defendant, GERARDO ZARAGOZA'S conditions of release be modified to remove the requirement that he participate in the Better Choices Court, and to place him on a curfew in place of home detention.

Mr. Zaragoza was placed on pretrial release on February 27, 2023, subject to various pretrial conditions. Since his release from custody, he has been in continued contact with his pretrial services officer and has done everything asked of him. He has enrolled in school and has obtained employment.

Mr. Zaragoza has substantial transportation issues that prevent him from attending the Better Choices Court as required. Additionally, based on his attendance in classes and his work schedule a curfew would make it easier for Mr. Zaragoza to continue to work and attend school. Based on Mr. Zaragoza's compliance with the other terms of his release, including attending

1

GED classes, his pretrial services officer, Margarita Zepeda, does not have any objection to the Better Choices Court requirement or home detention being terminated.

      Counsel for Defendant has corresponded with Assistant U.S. Attorney, Stephanie Stokman, who does not object to this request.

Dated: September 12, 2023.              Respectfully submitted,

                                            LAW OFFICE OF MARK W. COLEMAN

                                            /s/ Mark W. Coleman

                                            MARK W. COLEMAN
                                            Attorney for Defendant
                                            GERARDO ZARAGOZA

Dated: September 12, 2023.              UNITED STATES ATTORNEY'S OFFICE

                                            /s/ Stephanie Stokman

                                            STEPHANIE STOKMAN
                                            Assistant United States Attorney

**O R D E R**

**IT IS HEREBY ORDERED** that Defendant, GERARDO ZARAGOZA'S, conditions of pretrial release be modified terminate the condition that he participate in the Better Choices Court (condition #m) and that his home detention (condition #n) be terminated and Defendant be placed on a curfew, as follows:

"CURFEW: You must remain inside your residence every day from 9:00 p.m. to 5:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

IT IS SO ORDERED.

Dated:   **September 12, 2023**        /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

3