(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN #117306**
2  **LAW OFFICE OF MARK W. COLEMAN**
   2300 TULARE STREET, SUITE 300
3  FRESNO, CALIFORNIA 93721
   PHONE (559) 552-8800
   FAX (559) 475-9328
4  mark@mcolemanlaw.com

5  ATTORNEYS FOR Defendant, GERARDO ZARAGOZA

6

7              UNITED STATES DISTRICT COUNT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        Case No: **1:23-CR-00031-JLT-SKO**

11            Plaintiff,

12    v.                            **STIPULATION AND ORDER**
                                    **MODIFYING DEFENDANT'S**
                                    **CONDITIONS OF PRETRIAL RELEASE**
13 GERARDO ZARAGOZA,

14            Defendant.

15

16

17        It is hereby stipulated and agreed to by the parties hereto that Defendant, GERARDO

18 ZARAGOZA'S conditions of release be modified to remove the requirement that he participate

19 in location monitoring.

20        Mr. Zaragoza was placed on pretrial release on February 27, 2023, subject to various

21 pretrial conditions.  Since his release from custody, he has been in continued contact with his

22 pretrial services officer and has done everything asked of him.  He has been employed since

23 August 29, 2023, and works full-time.  He has no curfew violations.

24        Based on Mr. Zaragoza's compliance with the terms of his release his pretrial services

25 officer, Margarita Zepeda, does not have any objection to Mr. Zaragoza's location monitoring

26 condition being terminated.

27

28

                                   1

1        Ms. Zepeda and counsel have corresponded with Assistant U.S. Attorney, Stephanie

2   Stokman, who does not object to this request.

3   Dated: January 19, 2024.                    Respectfully submitted,

4                                               LAW OFFICE OF MARK W. COLEMAN

5                                               /s/ Mark W. Coleman

6                                               _____
                                                MARK W. COLEMAN
7                                               Attorney for Defendant
                                                GERARDO ZARAGOZA
8
    Dated: January 19, 2024.                    UNITED STATES ATTORNEY'S OFFICE
9

10                                              /a/ Stephanie Stokman

11                                              _____
                                                STEPHANIE STOKMAN
12                                              Assistant United States Attorney

13                                **O R D E R**

14          **IT IS HEREBY ORDERED** that Defendant, GERARDO ZARAGOZA'S, conditions of

15   pretrial release be modified terminate his location monitoring.  All other orders of release shall

16   remain in full force and effect.

17

18

19   IT IS SO ORDERED.

20   Dated:   **January 19, 2024**           _____
                                             UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28