(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant, GERARDO ZARAGOZA

**UNITED STATES DISTRICT COUNT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GERARDO ZARAGOZA,<br><br>   Defendant. | Case No: **1:23-CR-00031-NODJ-BAM**<br><br>**WAIVER OF APPEARANCE AND ORDER** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

   Defendant, GERARDO ZARAGOZA, by and through his attorney MARK W. COLEMAN, of The Law Office of Mark W. Coleman, hereby applies to this court for an Order waiving his appearance at the Status Conference currently set for April 23, 2025, at 1:00 p.m., in Courtroom 8.

   The reason for this request is that Mr. Zaragoza resides in Keyes, CA, and in order to come to court he would have to take a full day off work.

///

///

1

1    Mr. Zaragoza has been in continued contact with his attorney and gives his attorney full
2 power to act on his behalf. The matter of the Status Conference has been discussed and Mr.
3 Zaragoza and he is satisfied that all relative matters have been adequately discussed.

4    It is hereby requested that Gerardo Zaragoza's appearance at the hearing on April 23,
5 2025, at 1:00 p.m., be excused.

6 DATED: April 21, 2025.                    Respectfully submitted,

7                                           LAW OFFICE OF MARK W. COLEMAN

8                                           /s/ Mark W. Coleman

9                                           MARK W. COLEMAN
10                                          Attorney for Defendant
                                            GERARDO ZARAGOZA

11                                          * * * * * *

12                                          **ORDER**

13   GOOD CAUSE APPEARING,

14   IT IS HEREBY ORDERED that Defendant, Gerardo Zaragoza, is hereby excused from
15 appearing at the Status Conference currently scheduled for April 23, 2025, at 1:00 p.m.

16
17 IT IS SO ORDERED.

18   Dated:  **April 21, 2025**                    /s/ *Barbara A. McAuliffe*
19                                                 UNITED STATES MAGISTRATE JUDGE

2