1

**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**

2

2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721

3

PHONE (559) 552-8800
FAX (559) 475-9328

4

mark@mcolemanlaw.com

5

ATTORNEYS FOR Defendant, GERARDO ZARAGOZA

6

7

8                    **UNITED STATES DISTRICT COUNT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,              Case No: **1:23-CR-00031-WLH-BAM**

12            Plaintiff,

13        v.                                **WAIVER OF APPEARANCE**
                                            **AND**
14   GERARDO ZARAGOZA,                      **ORDER**

15            Defendant.

16

17

18   TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S

19          OFFICE and/or ITS REPRESENTATIVES:

20          Defendant, GERARDO ZARAGOZA, by and through his attorney MARK W.

21   COLEMAN, of The Law Office of Mark W. Coleman, hereby applies to this court for an Order

22   waiving his appearance at the Status Conference currently set for October 8, 2025, at 1:00 p.m.,

23   in Courtroom 8.

24          The reason for this request is that Mr. Zaragoza is currently a full-time caretaker for his

25   mother, who was recently released from the hospital after months-long hospitalization and

26   underwent several amputations. Mr. Zaragoza resides in Keyes, CA, and also does not have

27   reliable transportation since his mother has become ill.

28

(SPACE BELOW FOR FILING STAMP ONLY)

1       Mr. Zaragoza has been in continued contact with his attorney and gives his attorney full

2 power to act on his behalf.  The matter of the Status Conference has been discussed and Mr.

3 Zaragoza and he is satisfied that all relative matters have been adequately discussed.

4       It is hereby requested that Gerardo Zaragoza's appearance at the hearing on October 8,

5 2025, at 1:00 p.m., be excused.

6 DATED:  October 6, 2025.            Respectfully submitted,

7                         LAW OFFICE OF MARK W. COLEMAN

8                         /s/ Mark W. Coleman

9                         _____

                            MARK W. COLEMAN

10                        Attorney for Defendant

                            GERARDO ZARAGOZA

11                          * * * * * *

12

13                          **ORDER**

14       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant, Gerardo

15 Zaragoza, is hereby excused from appearing at the Status Conference currently scheduled for

16 October 8, 2025, at 1:00 p.m.

17

18 IT IS SO ORDERED.

19

20   Dated:  **October 7, 2025**        /s/ Barbara A. McAuliffe

                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28